No. 76–1484. ZURCHER, CHIEF OF POLICE OF PALO ALTO, ET AL. *v.* STANFORD DAILY ET AL.; and

No. 76–1600. BERGNA, DISTRICT ATTORNEY OF SANTA CLARA COUNTY, ET AL. *v.* STANFORD DAILY ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 550 F. 2d 464.

No. 76–1572. UNITED STATES *v.* GRAYSON. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–1629. UNITED STATES *v.* WHEELER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 77–142. UNITED STATES *v.* CULBERT. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 76–1596. UNITED STATES *v.* MAURO ET AL. C. A. 2d Cir. Motion of respondent Fusco for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for argument with No. 77–52, immediately *infra.*

No. 77–52. UNITED STATES *v.* FORD. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted and case set for argument with No. 76–1596, immediately *supra.*

No. 76–1726. MOBIL OIL CORP. *v.* HIGGINBOTHAM, ADMINISTRATRIX, ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 76–1800. UNITED STATES *v.* SOTELO ET UX. C. A. 7th Cir. Certiorari granted and case set for argument with No. 76–1835, immediately *infra.*